```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01483
    EDUARDO GALVAN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8554

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/23/2008 and was confirmed 04/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/28/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED          758.18          .00           .00
CAPITAL ONE               UNSECURED         2385.69          .00           .00
COMMONWEALTH EDISON       UNSECURED         2008.87          .00           .00
MERRICK BANK              UNSECURED         2369.90          .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00           .00           .00
CHASE HOME FINANCE LLC    SECURED NOT I        .00           .00           .00
CHASE HOME FINANCE        NOTICE ONLY    NOT FILED           .00           .00
CITIMORTGAGE              CURRENT MORTG        .00           .00           .00
CITIMORTGAGE              MORTGAGE ARRE   13838.51           .00           .00
CITIMORTGAGE              NOTICE ONLY    NOT FILED           .00           .00
HOSPITALITY FED CREDIT U  CURRENT MORTG        .00           .00           .00
HOSPITALITY FED CREDIT U  MORTGAGE ARRE    2700.00           .00           .00
CITY OF CHICAGO WATER DE  SECURED           339.84           .00         339.84
CASHCALL INC              UNSECURED      NOT FILED           .00           .00
HOSPITALITY FCU           UNSECURED      NOT FILED           .00           .00
CHASE BANK USA NA         UNSECURED         419.61           .00           .00
LVNV FUNDING              UNSECURED      NOT FILED           .00           .00
NATIONAL CAPITAL MGMT LL  UNSECURED        6198.24           .00           .00
UNITED RECOVERY SYSTEM    UNSECURED      NOT FILED           .00           .00
BEST BUY/HSBC             UNSECURED      NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2068.03           .00           .00
JOHN P FRYE PC            NOTICE ONLY    NOT FILED           .00           .00
NICOR GAS                 UNSECURED      NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         724.41           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2000.54           .00           .00
DYCK O NEAL INC           UNSECURED       49823.09           .00           .00
ECAST SETTLEMENT CORP     SECURED NOT I     620.00           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1390.48           .00           .00
MARTIN J OHEARN           DEBTOR ATTY     2,574.00                      2,397.16
TOM VAUGHN                TRUSTEE                                         238.00
DEBTOR REFUND             REFUND                                            .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 01483 EDUARDO GALVAN

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,975.00

PRIORITY                                                 .00
SECURED                                               339.84
UNSECURED                                                .00
ADMINISTRATIVE                                      2,397.16
TRUSTEE COMPENSATION                                  238.00
DEBTOR REFUND                                            .00
                        ---------------       ---------------
TOTALS                    2,975.00              2,975.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 08 B 01483 EDUARDO GALVAN